| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Todd J. Roberts, Esq.  SBN  181945<br>Law Office of Todd J. Roberts<br>16601 Ventura Blvd., 4th Floor<br>Encino, CA 91436<br><br>(818) 906-8000<br>(818) 906-8099 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JAN 19 2012<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY carranza  DEPUTY CLERK** |
| ☒  *Attorney for Debtor(s)*<br>☐  *Debtor(s) appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br><br>DEBRA MARIE PERSLEY,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:11-bk-41906 SK<br><br>CHAPTER: 13<br><br>**ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**<br><br>DATE: 1/19/2012<br>TIME: 8:30 am<br>COURTROOM: 1575<br>PLACE: 255 E. Temple street<br>                Los Angeles, CA  90012 |

**NAME OF CREDITOR HOLDING JUNIOR LIEN:** *TREASUREY DEPARTMENT FEDERAL CREDIT UNION*

1. The Motion was:     ☒ Opposed          ☐ Unopposed          ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):

    Street Address:          1704 West 120th Street
    Unit Number:
    City, State, Zip Code:   Los Angeles, CA 90047

    Legal description or document recording number (including county of recording):

    **Lot 12 in block 88 of Townsite of Howard (Formerly Rosecrans) in the County of Los Angeles, State of California as per map recorded in book 22, page(s) 59 of Miscellaneous Records, in the office of the County Recorder of said county. Except Therein all oil, gas, minerals and other hydrocarbon substances, under said land, without the right of surface entry, as reserved in instruments of record  A.P.N. 6090-029-011.**

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                       Page 1                                 **F 4003-2.4.ORDER**

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

    a. Citimortgage, Inc. in the amount of $ _431,844.35_.

    b. _Treasury Department, FCU_ in the amount of $ 3_8,000, 00_ ☒ is ☐ is not  to be avoided;

    c. _Name of holder of 3rd lien_ in the amount of $ _Amount of lien_ ☐ is ☐ is not  to be avoided;

    ☐ See attached page for any additional encumbrance(s).

4. The motion is:

    a. ☐ DENIED ☐ with ☐ without  prejudice, on the following grounds:

        1. ☐    Based upon the findings and conclusions made on the record at the hearing
        2. ☐    Unexcused non-appearance by Movant
        3. ☐    Lack of proper service
        4. ☐    Lack of evidence supporting motion
        5. ☐    Other (specify):

    b. ☒ GRANTED on the following terms:

        i. The Subject Property is valued at no more than $ _270,000.00_ based on adequate evidence.

        ii. This avoidance of the respondent's junior lien is effective upon: ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge in this case.

        iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

        iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

        v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.  The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

        vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

        vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_October 2010_          Page 2          **F 4003-2.4.ORDER**

viii.  In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

ix.  ☐ See attached continuation page for additional provisions.

###

DATED: January 19, 2012

_____
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                    Page 3                                                    **F 4003-2.4.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described as **PROPOSED ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:


I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:


☐ Service information continued on attached page


II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

NO SERVICE REQUIRED PURSUANT TO LBR 9021-1(b)(4)


☒ Service information continued on attached page


III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **1/17/2012,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012


☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/17/2012 | Livier Mejia | /s/ Livier Mejia |
|-----------|--------------|------------------|
| *Date* | *Type Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                    Page 4                              **F 4003-2.4.ORDER**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *1/17/2012*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Todd J. Roberts on behalf of Debtor: Livier422@earthlink.net
United States Trustee: ustpregion16.la.ecf@usdoj.gov
Kathy. A. Dockery: efiling@CH13LA.com
Mehrdaud Jafarnia,: bknotice@mccarthy7holthus.com
Eric J. Testan: ecfcacb@piteduncan.com

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

SEE ATTACHED MAILING LIST

☒  Service information continued on attached page

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                Page 5                            **F 4003-2.4.ORDER**

**ATTACHED MAILING LIST**

**DEBTOR**
Debra Marie Persely
1704 W. 120th Street
Los Angeles, CA  90047

**ATTORNEY FOR DEBTOR**
Todd J. Roberts
Law Offices of Todd J. Roberts
16601 Ventura Blvd. Fourth Floor
Encino, CA 91436

Kathy Dockery
700 So. Flower Street #1950
Chapter 13 Trustee
Los Angeles, CA 90017

**1st TD Lienholder**
CitiMortgage, Inc.
Attn: Officer, Managing, or Serving Agent
P.O. BOX 30509
Tampa, FL 33631

**1st TD LIENHOLDER CITIMORTGAGE, INC., AGENT FOR SERVICE OF PROCESS**
CT Corporation System
818 W. Seventh Street
Los Angeles, CA  90017

**2nd LIENHOLDER,TREASURY DEPARTMENT FEDERAL CREDIT UNION,  RESPONDENT**
Treasury Department FCU
Attn: Paula Diggs Collection Manager
P.O. BOX 27301
Washington, DC 22038-7301

**2ND LIENHOLDER, TREASURY DEPARTMENT FEDERAL CREDIT UNION, RESPONDENT**
Agent for service of process
Treasury Department F.C.U.
Attn: Bernice Harper
1500 Pennsylvania Avenue
Washington, DC  20220

**2nd LIENHOLDER, TREASURY DEPARTMENT FEDERAL CREDIT UNION, RESPONDENT**
Servicing agent for Treasury Department F.C.U.
Mortgage Information Services, Inc.
4877 Galaxy Parkway, Suite #1
Cleveland, OH  44128
MIS File 1019954

**SUCCESSOR IN INTEREST TO RESPONDENT**
FDIC
3501 N. Fairfax Drive
Arlington, VA  22226

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_October 2010_                                          Page 6                                  **F 4003-2.4.ORDER**